UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| JAMES H. LANG, | : | Case No. 1:25-cv-511 |
| Plaintiff, | : | |
| vs. | : | District Judge Susan J. Dlott |
| | : | Magistrate Judge Peter B. Silvain, Jr. |
| BROWN COUNTY DETENTION CENTER, | : | |
| Defendant. | : | |

## DEFICIENCY ORDER

Plaintiff, a prisoner at the Brown County Detention Center, has filed a motion for leave to proceed *in forma pauperis* in connection with a prisoner civil rights complaint. (Doc. 1).

However, Plaintiff's motion for leave to proceed *in forma pauperis* is incomplete. The "Certificate" page of Plaintiff's application (page 8 of the Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form) has not been completed and signed by the institutional cashier (*see* Doc. 1, *PageID* 8), and Plaintiff has failed to provide the Court with a certified copy of his trust fund account statement as required by the Prison Litigation Reform Act (PLRA) of 1995, 28 U.S.C. § 1915(a)-(h).

Pursuant to the PLRA, a prisoner seeking to bring a civil action without prepayment of fees or security therefor must submit an application and affidavit to proceed without prepayment of fees *and* a certified copy of his trust fund account statement (or institutional equivalent) for the six-month period immediately preceding the filing of the complaint obtained from the cashier of the prison at which the prisoner is or was confined. 28 U.S.C. § 1915(a)(2).

It is therefore **ORDERED** that Plaintiff must pay $405 ($350 filing fee plus $55 administrative fee) or submit to the Court a completed *in forma pauperis* application and certified copy of his prison trust fund account statement (or institutional equivalent) for the preceding six-month period **within thirty (30) days** of the date of this Order.

If Plaintiff fails to comply with this Order, the Court shall dismiss his case for want of prosecution. *In re Prison Litigation Reform Act*, 105 F.3d 1131 (6th Cir. 1997). If Plaintiff's case is dismissed for failure to comply with this Order, the case will not be reinstated to the Court's active docket despite the payment of the filing fee. *Id*. **Should Plaintiff need additional time to comply with this Order, he must file a motion for extension of time.**

The **Clerk of Court** is **DIRECTED** to send Plaintiff an Application and Affidavit By Incarcerated Person to Proceed Without Prepayment of Fees form *and* to send a copy of this Order to the cashier of the prison at which Plaintiff is confined.[1]

**IT IS SO ORDERED.**

August 13, 2025

s/*Peter B. Silvain, Jr.*
Peter B. Silvain, Jr.
United States Magistrate Judge

---

[1] To the extent plaintiff has indicated difficulty in getting this information (*see* Doc. 1, *PageID* 8), a copy of this Deficiency Order is being sent to the cashier of the prison at which plaintiff is confined.