IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

James H. Lang,                                   :
                                                 :        Case No. 1:25-cv-511
         Plaintiff,                              :
                                                 :        Judge Susan J. Dlott
             v.                                  :
                                                 :        Order Adopting Report and
Brown County Detention Center,                   :        Recommendation.
                                                 :
         Defendant.                              :


This matter is before the Court on Report and Recommendation issued by Magistrate

Judge Peter B. Silvain, Jr.  (Doc. 13.)  Plaintiff James H. Lang has filed a *pro se* Complaint

asserting claims under 42 U.S.C.§ 1983 for alleged violations of his First, Sixth, Eighth, and

Fourteenth Amendments against Brown County Detention Center, the jail where he was held as a

pretrial detainee.  (Doc. 1-1.)  Magistrate Judge Silvain, on his own accord, screened the

Complaint as required by 28 U.S.C. § 1915A and determined that Lang's allegations are

insufficient to state a claim for relief.  (Doc. 13 at PageID 52–54.)  He recommended dismissing

the Complaint but granting Lang leave to file an amended complaint.  (*Id.* at PageID 53–54.)

Lang did not file an objection to the Report and Recommendation.  A district court need

not independently review a report and recommendation to which no objection is made.  *See*

*Thomas v. Arn*, 474 U.S. 140, 152 (1985).  Nonetheless, the Court has reviewed the Report and

Recommendation here for clear error and finds that the Magistrate Judge was correct.  The

Brown County Detention Center is not a legal entity capable of being sued, and Lang's

allegations are insufficient to state a claim for relief against Brown County itself.

Accordingly, the Report and Recommendation (Doc. 13) is **ADOPTED**, and the

1

Complaint (Doc. 1-1) is **DISMISSED**.  But the Court gives Lang permission to file an amended complaint not exceeding twenty (20) pages in length on or before May 11, 2026 if he wants to try to remedy the deficiencies in the Complaint.  Lang should set forth in clear, short, and concise terms the names of each defendant, the specific claims for relief attributable to each defendant, and the factual allegations supporting each such claim.  As required by S.D. Ohio Local Rule 5.1, the amended complaint should be legible and double-spaced.  Further, pursuant to Federal Rule of Civil Procedure 20(a)(2), the factual allegations and claims must arise out of the same transaction or occurrence.  If Lang wishes to seek relief based on unrelated claims he must do so in separate actions.

   **IT IS SO ORDERED.**

       BY THE COURT:


       S/Susan J. Dlott         
       Susan J. Dlott
       United States District Judge

2